**In the United States District Court**
**for the Northern District of California**

**C12-4493** **SI**

**FILED**

AUG 2 7 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Todd Donald

v.

Timothy Franz GEITHNER

} **Libel of Review**
}
} - common law counterclaim in admiralty -
} - notice lis pendens and -
} - verified statement of right -
}
} Re: God-given unalienable rights in the
} original estate - Article III; Constitution
}

**Comes now** Todd Donald of the WEISS family making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E(8). Timothy Franz GEITHNER has been making false claims and this counterclaim and notice lis pendens are now in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

**Jurisdiction**: In international law and according to the law of the land, agents of a foreign principal are required to file any pretended claim in the appropriate district court prior to exercising rights to that claim. The district courts have "exclusive original cognizance" of all inland seizures and this includes vessels in rem (Rule C(3)) such as trust organizations and legal names (Todd D. WEISS, TODD DONALD WEISS, Timothy Franz GEITHNER, Henry Paulson, John Snow etc.)

> "...the United States, ... within their respective districts, as well as upon the high seas; (a) saving to suitors, in all cases, the right of a common law remedy, where the common law is competent to give it; and shall also have exclusive original cognizance of all seizures on land,..." *The First Judiciary Act*; September 24, 1789; Chapter 20, page 77. *The Constitution of the United States of America*, Revised and Annotated - Analysis and Interpretation - 1982; Article III, §2, Cl. 1 *Diversity of Citizenship*, U.S. Government Printing Office document 99-16, p. 741.

This fact of protocol - filing a claim in district court according to international law - is beyond dispute and extends into antiquity: "Meanwhile those who seized wreck ashore without a grant from the Crown did so at their peril." *Select Pleas in the Court of Admiralty*, Volume II, A.D. 1547-1602; Introduction - Prohibitions, *Note as to the early Law of Wreck*, Selden Society, p. xl, 1897. Even the IRS recognizes the protocol:

> **"Place for filing notice; form**. Place for filing. The notice referred to in subsection (a) shall be filed -- with the clerk of the district court. In the office of the clerk of the United States district

court for the judicial district in which the property subject to the lien is situated..." Title 26 U.S.C. §6323.

Timothy Franz GEITHNER, acting as "City METRO officer – U.S. Governor for the International Monetary Fund – United Nations" *city* of Washington, *District* of Columbia is agent of a foreign principal, a "foreign state" defined at Title 28 of the United States Codes §1603, and Title 22 U.S.C. §611 the **Division of enforcement** for the **Department of revenue** (for example C.R.S. §24-1-117 [Colorado]) under principal State Governor in convention with METRO organization a.k.a. *Public Administrative Services Headquarters* (PASHQ - signed for example by Edwin C. Johnson by John T. Bartlett; *The Public Papers and Addresses of Franklin D. Roosevelt, The Year of Crisis 1933* Random House p. 21.) The *Department of Revenue* of course being the execution of bankruptcy proceedings against the citizens of the United States since 1933 currently formed "International Monetary Fund" and "World Bank" etc. - the State, City METRO municipal and police powers under United Nations charter law - protected by the same alleged positive law jural society (international treaty) exemptions home rule (of for example, Article VI and Article XX of the *State of Colorado* Constitution, **"Transfer of government."**)

The district court for the Northern District of California has acquired exclusive original cognizance of this counterclaim for the United States because this is a federal question - a Constitutional matter involving a man on the land complaining about theft and kidnap - Title 18 U.S.C. §§ 661 and 1201 respectively and irregular extradition from the asylum state into the United States custody, treason - Constitution, Article III §3 and Title 18 U.S.C. §2381 by an agent of a foreign principal, creating diversity of citizenship - Title 28 U.S.C. §§1331 and 1333 respectively. The presentments (notification) are arbitrary and capricious clearly implying that if Todd Donald fails to comply with the suggested terms there will be "law enforcement" actions by way of inland seizure. Speaking historically, the districts, formed in 1790 for handling the financial obligations of the United States could not come into existence until after formal expression of remedy in the 'saving to suitors' clause (1789) quoted above and codified at Title 28 U.S.C. §1333. The law is paraphrased in the Internal Revenue Codes:

> "Form. The form and content of the notice referred to in subsection (a) shall be prescribed by the Secretary. Such notice **shall be valid notwithstanding any other provision of law** regarding the form or content of a notice of lien." Title 26 U.S.C. §6323(F)(3). *emphasis added*

The only excuse for the discretionary authority granted administrative agencies is the judicial oversight demonstrated in this invocation of an Article III court.

**Law of the flag**: Man is created in the image of God and to reduce a man to chattel against the national debt is an affront to God. Exodus 13:16 and Genesis 1:27.

## Cause of action

Todd Donald has been subject to threats and harassment from Timothy Franz GEITHNER for some time, mainly that GEITHNER's agents have been fining both Todd Donald and his wife $10K each for a total of $20K. Just recently this threat of theft and kidnap has manifest into two Certified Letters containing Notice of Levy indicating that the IRS is planning to sweep bank accounts. This presumption is erroneous and based upon endorsements of private credit from the Federal Reserve that have never been made in good faith. The subjection to Special Drawing Rights (Paper Gold) is one thing but presuming endorsement of fractional lending practiced outside the scope of lawful money is unlawful and such presumption is defeated by law herein, *nunc pro tunc*. See Title 12 U.S.C. §411; Todd Donald always would have exercised the right to handle lawful money had the option ever been presented in good faith. Todd Donald would have redeemed every paycheck since the beginning of employment for lawful money per Title 12 U.S.C. §411 had the means not been kept from him by fraud of omission. The subject presentment utilized for the claim was regular enough but Todd Donald wishes to invoke judicial review, "any other provision of law" and nullify any justification for any further such theft action - manifest in actual or threatened kidnap. Todd Donald of the WEISS family is neither the trustee nor the fiduciary for TODD DONALD WEISS or TODD D. WEISS, SS#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, DOB 09/30/1966. Even though Todd Donald is authorized to use TODD DONALD WEISS or Todd D. WEISS, he does not wish to trespass on the trustees' office by becoming a de son tort trustee. Todd Donald has been reasonable in asking for proof that the presentments upon which the theft is based are supported by verified lawful evidence of claim. He has exhausted his administrative remedies in an attempt to hold the administrative agencies (IRS and CA FTB) to their responsibilities under Title 15, FDCPA, IRS Restructuring and Reform Act of 1998, the Buck Act, the Agreement on Coordination of Tax Administration (ACTA), 26 U.S.C. §6110, §6203, §6103, §6702 and §6751 so as to get a meaningful hearing with regards to the administrative determinations that allegedly support the presentments. No verified lawful evidence of procedurally proper claim has been provided Todd Donald. Under USC 552(a)(6)(a)(i) and The Fair Debt Collection Practices Act (FDCPA), IRS had 20 days to provide such and they have remained silent. IRS has ignored the full record and the law and has denied Todd Donald access to written determinations in this regard in an attempt to coerce Todd Donald into consenting to or negotiating a contract when none exists. The presentments upon which the theft is based have been refused for cause timely (considering preparation of proper remedy) and the red ink original refusal for cause has been returned to Timothy Franz GEITHNER in his copy of the

counterclaim and summons. All other copies and the original counterclaim filed with the court have black ink (copy) refusals for cause on the presentments.

### Verified statement of right

Todd Donald owns all property and land free and clear in any variation in his true and legal name.

### Stipulation of acceptable answer

The issue is simple. Agents of a foreign principal are required to file their complaint in the appropriate district court prior to exercising any claim against a man on the land. This is international and common law. Timothy Franz GEITHNER must directly address the validity of the (telephone) certificate of search that clearly shows there have been no claims filed against "Todd Donald" or any pseudonym through which Todd Donald may be engaged in contract. The court clerk James R. Manspeaker (District of Colorado now replaced by Gregory Langham) obfuscated remedy by denying proper certificates so Timothy Franz GEITHNER and anyone else for that matter can easily research case history against Todd Donald or any legal name. Timothy Franz GEITHNER may call (213) 894-1565 to conduct searches and of course the Article III judge can research cases in chambers. It is however reasonable to say that if the Timothy Franz GEITHNER is moving on a valid claim and judgment in the district court then the Timothy Franz GEITHNER knows what case that is.

The United States is not a party in interest to this action. Any registered attorney responding for Timothy Franz GEITHNER cannot be a citizen of the United States due to the *de jure* Thirteenth Amendment of the Constitution. A certified copy is attached and fully incorporated into this counterclaim. (The federal judge assigned this case is competent to adjudicate under Article III due to "inactive" status with the State Supreme Court attorney register.) Addressing the certificate of search is the only response that will be considered an answer to this counterclaim. Failure to answer will be met with default judgment for Todd Donald according to the notice on the face of the summons.

### Stipulation of remedy

The recourse sought is immediate exclusive original cognizance of the United States through the district court. This case is repository for evidence for injunctive relief from any future presentments and theft or kidnap actions from *any* foreign agents or principals. This evidence repository may be used for Todd Donald's spouse as well. Though the theft/kidnap could be justified by notice and sophistry under the color of law of municipal structure, the proceedings have obviously been under the pretended authority of unconscionable contract and the recourse requested is proper. There is no excuse for the arbitrary and capricious attorney actions - **debt action in assumpsit** - that have confronted good men and women since the Banker's Holiday. Roosevelt implemented a "voluntary compliance" national debt

(upon the States by Governor's Convention) but utilized the 1917 *Trading with the Enemy Act* to compel citizens of the United States to comply. The substitution of *citizen of the United States* for the German nationals on this land was against *Stoehr v. Wallace*, 255 U.S. 239 (1921) where the Court clearly expresses "The Trading with the Enemy Act, originally and as amended, is strictly a war measure..." - directly citing the Constitution Article I, §8, clause 11. The war on the Great Depression 1) does not count and 2) would only last the duration of the emergency if it did. Presentments will be treated as described by the following example of clerk instruction:

**Todd Donald**
**5056 Kevin Court**
**Castro Valley, California.**
**[94546-2438]**

United States District Court       Registered mail # RA XXX XXX XXX US
for the Northern District of California
1301 Clay Street, Suite 400South,
Oakland, California [94612]

Dear clerk;

   Please file this refusal for cause in the case jacket of Article III case 03-XXXX. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

**Certificate of Mailing**

   My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

_____*sample*_____
Todd Donald

Timothy Franz GEITHNER      Registered mail # RA XXX XXX XXX US
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia.
    [20220]

   Timothy Franz GEITHNER and all principals and agents are hereby properly notified. There is no governmental immunity to cover "law enforcement officers" who choose to interfere with our rights to the land and violators will be arrested by the U.S. Marshal according to Rule C of the *Supplemental Rules for Certain Admiralty and Maritime Claims.* Timothy Franz GEITHNER and all principals and agents are left with their remedy:

COURTS OF THE UNITED STATES ... 136. When a seizure has been voluntarily abandoned, it loses its validity, and no jurisdiction attaches to any court, unless there be a new seizure. 10 Wheat. 325; 1 Mason, 361. *First Judiciary Act*, September 24, 1789. *Bouvier's Law Dictionary* 1856.

Upon offense by hostile presentment after the inevitable default by Timothy Franz GEITHNER (including all agents, principals and any and all offensive presentments), after fair notice by refusal for cause like the above clerk instruction a certificate of exigent circumstances will be issued pursuant to Rule C(3)(a)(ii)(B) *Arrest Warrant* and the clerk will immediately issue an arrest warrant for Timothy Franz GEITHNER or named agent or principal to be taken into custody for the violations of law. Presentments of any kind from Timothy Franz GEITHNER or any agent acting for the bankruptcy of the United States through the District may be considered hostile threat of seizure.

### Stipulation regarding character and residential address

The use of a residential address is by right. All 'privileges' associated with postal delivery are compensated, usually prepaid in honestly won U.S. currency. Todd Donald is not Pro Se and is not representing himself. The clerk shall not change the name of this suit on the docket from the name on the filing fee receipt. Todd Donald retains the unalienable right to hold the district court clerk to the obligations to perform of file clerk for the United States working in the United States Courthouse. This includes the expectation that if and when this cause reaches default judgment against the Timothy Franz GEITHNER, the default judgment will be filed in full cognizance of the United States and will appear on the docket as "Default judgment for the plaintiff." Todd Donald is authorized by fidelity bond to file default judgment in lieu of district court action. Any such judgment will stand on the truth for validity. Any character assassination will activate Instrumentality Rule and pierce the corporate veil of the United States and all agencies. Usage of residential address is non-assumpsit and changes Todd Donald's character not in the least:

> The privilege against self-incrimination is neither accorded to the passive resistant, nor the person who is ignorant of his rights, nor to one indifferent thereto. It is a fighting clause. Its benefits can be retained only by sustained combat. **It cannot be claimed by attorney or solicitor.** It is valid only when insisted upon by a belligerent claimant in person. Quote from federal judge Lee in *United States v. Johnson et al.* No. 11400, Middle District of Pennsylvania, 76 R. Supp. 538; 1947 U.S. Dist. LEXIS 3057, February 26, 1947. *emphasis added*

The highlighted bold sentence in the above quote admonishes against any clerk action that falsely brands Todd Donald Pro Se - to imply that Todd Donald is representing himself before the district court. Todd Donald is responsible asylum state visiting his judiciary under Rule E(8). If an Article I (active attorney) "judge" is assigned this case or the Article III judge chooses to protect the fiduciary interests of the Bank and Fund, to act as an attorney under Article I, maintain silence. The cash-filing fee is fully paid in

public money and not in private credit (US notes in the form of Federal Reserve notes). The funds were redeemed lawful money according to the US Supreme Court's interpretation of the Congress' definition from **US v Rickman; 638 F.2d 182**

> *In the exercise of that power Congress has declared that Federal Reserve Notes are legal tender and are redeemable in lawful money.* And, **US v Ware; 608 F.2d 400**
>
> *United States notes shall be lawful money, and a legal tender in payment of all debts, public and private, within the United States, except for duties on imports and interest on the public debt.*

Any presumptions made about the funds for this filing fee are that Todd Donald has already exercised entitlement to redeem any Federal Reserve Bank notes tendered as legal tender for all debts public and private. Furthermore any and all funds discussed have been in redemption of Federal Reserve Bank notes, not endorsement thereof:

"BANKRUPTCY. The state or condition of a bankrupt.
2. Bankrupt laws are an encroachment upon the common law. The first in England was ..."
*Bouvier's Law Dictionary* 1856.

All testimony will be without immunity - **piercing the corporate veil and Instrumentality Rule**. Todd Donald is a man with God-given unalienable rights, one living and regenerate entity of sound mind and body. For some realistic perspective the Credit River Money Decision is attached and fully incorporated into this counterclaim. Timothy Franz GEITHNER is clearly the debtor and Todd Donald is clearly creditor. Todd Donald is framing the accusation of fraud by omission in that if Todd Donald had known about redeeming lawful money in good faith Todd Donald would have been doing so since Todd Donald's first paycheck ever!

### No magistrates

No one may handle this case but an Article III judge. The nature of this cause is injunctive relief, albeit preemptive. Title 28 U.S.C. §636(b)(1)(A) cannot ensue, "...except a motion for injunctive relief..."

Attachments fully incorporated:

1) Certificate of search on "Todd Donald" from clerk of the district court is exempted due to falsifications by district court clerk James R. Manspeaker on such certificates. Timothy Franz GEITHNER is provided with information to check for case histories
2) Presentments from Timothy Franz GEITHNER refused for cause: Two certified letters arrived by mail on or around 8/24/12. The red ink original refusals are in the counterclaim served upon Timothy Franz GEITHNER. The original counterclaim filed in the district court has a copy of each refusal.

5) Certified copy of the Credit River Money Decision published at the El Paso County Clerk and Recorder Reception #203290555

6) If possible a copy of the Withdrawal Slip or Signature Card associated with the US court-filing fee has been attached.

5056 Kevin Court

Castro Valley, California. [94546-2438]

## ACKNOWLEDGMENT

State of California
County of Alameda

On this 27th day of August, 2012 before me, _Melinda Michele Young Notary Public_
(insert name and title of the officer)
personally appeared Todd Donald, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Melinda Michele Young_ (Seal)

MELINDA MICHELE YOUNG
COMM. # 1927865
NOTARY PUBLIC · CALIFORNIA
ALAMEDA COUNTY
My Comm Expires Mar. 07, 2015

Case3:12-cv-04493-SI   Document1   Filed08/27/12   Page9 of 28

ROBERT C. "BOB" BALINK    El Paso County, CO
02/05/2007  10:50:49 AM
Doc - $0.00      Page
Rec - $6.00      1 of 1      207015932

### ABOLITION OF HOME OWNERS' LOAN CORPORATION

For dissolution and abolishment of Home Owners' Loan Corporation, referred to in this section, by act June 30, 1953, ch. 170, § 21, 67 Stat. 126, see note set out under section 1463 of this title.

## § 395. Federal reserve banks as depositaries, custodians and fiscal agents for Commodity Credit Corporation

The Federal Reserve banks are authorized to act as depositaries, custodians, and fiscal agents for the Commodity Credit Corporation.

(July 16, 1943, ch. 241, § 3, 57 Stat. 566.)

### TRANSFER OF FUNCTIONS

Administration of program of Commodity Credit Corporation transferred to Secretary of Agriculture by Reorg. Plan No. 3 of 1946, § 501, eff. July 16, 1946, 11 F.R. 7877, 60 Stat. 1100. See Appendix to Title 5, Government Organization and Employees.

### EXCEPTIONS FROM TRANSFER OF FUNCTIONS

Functions of Corporations of Department of Agriculture, boards of directors and officers of such corporations, Advisory Board of Commodity Credit Corporation, and Farm Credit Administration or any agency, officer or entity of, under, or subject to supervision of Administration were excepted from functions of officers, agencies, and employees transferred to Secretary of Agriculture by Reorg. Plan No. 2 of 1953, § 1, eff. June 4, 1953, 18 F.R. 3219, 67 Stat. 633, set out in the Appendix to Title 5, Government Organization and Employees.

## SUBCHAPTER XII—FEDERAL RESERVE NOTES

### § 411. Issuance to reserve banks; nature of obligation; redemption

Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.

(Dec. 23, 1913, ch. 6, § 16 (par.), 38 Stat. 265; Jan. 30, 1934, ch. 6, § 2(b)(1), 48 Stat. 337; Aug. 23, 1935, ch. 614, title II, § 203(a), 49 Stat. 704.)

### REFERENCES IN TEXT

Phrase "hereinafter set forth" is from section 16 of the Federal Reserve Act, act Dec. 23, 1913. Reference probably means as set forth in sections 17 et seq. of the Federal Reserve Act. For classification of these sections to the Code, see Tables.

### CODIFICATION

Section is comprised of first par. of section 16 of act Dec. 23, 1913. Pars. 2 to 4, 5, and 6, 7, 8 to 11, 13 and 14 of section 16, and pars. 15 to 18 of section 16 as added June 21, 1917, ch. 32, § 8, 40 Stat. 238, are classified to sections 412 to 414, 415, 416, 418 to 421, 360, 248-1, and 467, respectively, of this title.

Par. 12 of section 16, formerly classified to section 422 of this title, was repealed by act June 26, 1934, ch. 756, § 1, 48 Stat. 1225.

### AMENDMENTS

1934—Act Jan. 30, 1934, struck out from last sentence provision permitting redemption in gold.

### CHANGE OF NAME

Section 203(a) of act Aug. 23, 1935, changed name of Federal Reserve Board to Board of Governors of the Federal Reserve System.

### CROSS REFERENCES

Gold coinage discontinued, see section 5112 of Title 31, Money and Finance.

### SECTION REFERRED TO IN OTHER SECTIONS

This section is referred to in sections 348, 420, 421, 467 of this title.

## § 412. Application for notes; collateral required

Any Federal Reserve bank may make application to the local Federal Reserve agent for such amount of the Federal Reserve notes hereinbefore provided for as it may require. Such application shall be accompanied with a tender to the local Federal Reserve agent of collateral in amount equal to the sum of the Federal Reserve notes thus applied for and issued pursuant to such application. The collateral security thus offered shall be notes, drafts, bills of exchange, or acceptances acquired under the provisions of sections 342 to 347, 347c, 347d, and 372 of this title, or bills of exchange endorsed by a member bank of any Federal Reserve district and purchased under the provisions of sections 348a and 353 to 359 of this title, or bankers' acceptances purchased under the provisions of said sections 348a and 353 to 359 of this title, or gold certificates, or Special Drawing Right certificates, or any obligations which are direct obligations of, or are fully guaranteed as to principal and interest by, the United States or any agency thereof, or assets that Federal Reserve banks may purchase or hold under sections 348a and 353 to 359 of this title. In no event shall such collateral security be less than the amount of Federal Reserve notes applied for. The Federal Reserve agent shall each day notify the Board of Governors of the Federal Reserve System of all issues and withdrawals of Federal Reserve notes to and by the Federal Reserve bank to which he is accredited. The said Board of Governors of the Federal Reserve System may at any time call upon a Federal Reserve bank for additional security to protect the Federal Reserve notes issued to it. Collateral shall not be required for Federal Reserve notes which are held in the vaults of Federal Reserve banks.

(Dec. 23, 1913, ch. 6, § 16 (par.), 38 Stat. 265; Sept. 7, 1916, ch. 461, 39 Stat. 754; June 21, 1917, ch. 32, § 7, 40 Stat. 236; Feb. 27, 1932, ch. 58, § 3, 47 Stat. 57; Feb. 3, 1933, ch. 34, 47 Stat. 794; Jan. 30, 1934, ch. 6, § 2(b)(2), 48 Stat. 338; Mar. 6, 1934, ch. 47, 48 Stat. 398; Aug. 23, 1935, ch. 614, title II, § 203(a), 49 Stat. 704; Mar. 1, 1937, ch. 20, 50 Stat. 23; June 30, 1939, ch. 256, 53 Stat. 991; June 30, 1941, ch. 264, 55 Stat. 395; May 25, 1943, ch. 102, 57 Stat. 85; June 12, 1945,

Robert C. Balink El Paso Cty,CO 203090555
12/18/2003
Doc    $0.00    Page
Rec    $20.00   1 of  4

STATE OF MINNESOTA

COUNTY OF SCOTT

IN JUSTICE COURT

TOWNSHIP OF CREDIT RIVER
MARTIN V. MAHONEY, JUSTICE

First National Bank of Montgomery,

                     Plaintiff,

vs.

Jerome Daly,

                     JUDGMENT AND DECREE

                     Defendant.

     The above entitled action came on before the Court and a Jury
of 12 on December 7,1968 at 10:00 A.M. Plaintiff appeared by its
President Lawrence V. Morgan and was represented by its Counsel
Theodore R. Mellby. Defendant appeared on his own behalf.

     A Jury of Talesmen were called, impanneled and sworn to try
the issues in this Case. Lawrence V. Morgan was the only witness
called for Plaintiff and Defendant testified as the only witness in
his own behalf.

     Plaintiff brought this as a Common Law action for the recovery
of the possession of Lot 19, Fairview Beach, Scott County,Minn.
Plaintiff claimed title to the Real Property in question by foreclosure
of a Note and Mortgage Deed dated May 8,1964 which Plaintiff claimed
was in default at the time foreclosure proceedings were started.

     Defendant appeared and answered that the Plaintiff created
the money and credit upon its own books by bookeeping entry as the
consideration for the Note and Mortgage of May 8,1964 and alleged
failure of consideration for the Mortgage Deed and alleged that the
Sheriff's sale passed no title to Plaintiff.

     The issues tried to the Jury were whether there was a lawful
consideration and whether Defendant had waived his rights to complain
about the consideration having paid on the Note for almost 3 years.

     Mr. Morgan admitted that all of the money or credit which was
used as a consideration was created upon their books, that this was
standard banking practice exercised by their bank in combination
with the Federal Reserve Bank of Minneapolis, another private Bank,
further that he knew of no United States Statute or Law that gave
the Plaintiff the authority to do this. Plaintiff further claimed
that Defendant by using the ledger book created credit and by paying



Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and Correct
Copy of record in my Office.
Date...........Book.........Page......
20 . . . . . . . .
County WAYNE W. WILLIAMS
El Paso County, Colorado
By . . . . . . . . . . . . . . . . . . . . Deputy
Raylene Holton

STATE OF MINNESOTA, COUNTY OF SCOTT
GREGORY M. ESS
12-5-2003    Audrey K Brown

on the Note and Mortgage waived any right to complain about the Consideration and that Defendant was estopped from doing so.

At 12:15 on December 7,1968 the Jury returned a unanimous verdict for the Defendant.

Now therefore, by virtue of the authority vested in me pursuant to the Declaration of Independence, the Northwest Ordinance of 1787, the Constitution of the United States and the Constitution and laws of the State of Minnesota not inconsistent therewith;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That Plaintiff is not entitled to recover the possession of Lot 19, Fairview Beach, Scott County, Minnesota according to the Plat thereof on file in the Register of Deeds office.

2. That because of failure of a lawful consideration the Note and Mortgage dated May 8,1964 are null and void.

3. That the Sheriff's sale of the above described premises held on June 26,1967 is null and void, of no effect.

4. That Plaintiff has no right, title or interest in said premises or lien thereon, as is above described.

5. That any provision in the Minnesota Constitution and any Minnesota Statute limiting the Jurisdiction of this Court is repugnant to the Constitution of the United States and to the Bill of Rights of the Minnesota Constitution and is null and void and that this Court has Jurisdiction to render complete Justice in this Cause.

6. That Defendant is awarded costs in the sum of $75.00 and execution is hereby issued therefore.

7. A 10 day stay is granted.

8. The following memorandum and any supplemental memorandum made and filed by this Court in support of this Judgment is hereby made a part hereof by reference.

BY THE COURT

Dated December 9,1968

MARTIN V. MAHONEY
JUSTICE OF THE PEACE
CREDIT RIVER TOWNSHIP
SCOTT COUNTY, MINNESOTA

MEMORANDUM

The issues in this case were simple. There was no material dispute on the facts for the Jury to resolve.

Plaintiff admitted that it, in combination with the Federal Reserve Bank of Minneapolis, which are for all practical purposes, because of there interlocking activity and practices, and both being Banking Instutions Incorporated under the Laws of the United States, are in the Law to be treated as one and the same Bank, did create the entire $14,000.00 in money or credit upon its own books by bookeeping entry. That this was the Consideration used to support the Note dated May 8,1964 andthe Mortgage of the same date. The money and credit first came into existance when they created it. Mr. Morgan admitted that no United States Law or Statute existed which gave him the right to do this. A lawful consideration must exist and be tendered to support the Note. See Anheuser-Busch Brewing Co. v. Emma Mason, 44 Minn. 318, 46 N.W. 558. The Jury found there was no lawful consideration and I agree. Only God can created something of value out of nothing.

Even if Defendant could be charged with waiver or estoppel as a matter of Law this is no defense to the Plaintiff. The Law leaves wrongdoers where it finds them. See sections 50, 51 and 52 of Am Jur 2d "Actions" on page 584 -"no action will lie to recover on a claim based upon, or in any manner depending upon, a fraudulent, illegal, or immoral transaction or contract to which Plaintiff was a party.

Plaintiff's act of creating credit is not authorized by the Constitution and Laws of the United States, is unconstitutional and void, and is not a lawful consideration in the eyes of the Law to support any thing or upon which any lawful rights can be built.

Nothing in the Constitution of the United States limits the Jurisdiction of this Court, which is one of original Jurisdiction with right of trial by Jury guaranteed. This is a Common Law Action. Minnesota cannot limit or impair the power of this Court to render Complete Justice between the parties. Any provisions in the Constitution and laws of Minnesota which attempt to do so are repugnant to the

Constitution of the United States and not void. No question as to the Jurisdiction of this Court was raised by either party at the trial. Both parties were given complete liberty to submit any and all facts and law to the Jury, at least in so far as they saw fit.

No complaint was made by Plaintiff that Plaintiff did not recieve a fair trial. From the admissions made by Mr. Morgan the path of duty was made direct and clear for the Jury. Their Verdict could not reasonably have been otherwise. Justice was rendered completely and without denial, promptly and without delay, freely and without purchase, conformable to the laws in this Court on December 7,1968.

BY THE COURT

December 9,1968

MARTIN V. MAHONEY
JUSTICE OF THE PEACE
CREDIT RIVER TOWNSHIP
SCOTT COUNTY, MINNESOTA

Note: It has never been doubted that a Note given on a Consideration which is prohibited by law is void. It has been determined, independent of Acts of Congress, that sailing under the license of an enemy is illegal. The emmission of Bills of Credit upon the books of these private Corporations, for the purposes of private gain is not warranted by the Constitution of the United States and is unlawful. See Craig v. Mo. 4 Peters Reports 912. This Court can tread only that path which is marked out by duty.       M.V.M.



**TERRITORY**
**1861**

**STATE**
**1876**

DEPARTMENT OF PERSONNEL

# DIVISION OF

# STATE ARCHIVES

## AND

## PUBLIC RECORDS

*J Hereby Certify that the annexed copy (or each of the annexed copies) is a true copy of a record in the legal custody of the State Archivist of Colorado, and is filed among the records of*

COLORADO TERRITORY LEGISLATIVE ASSEMBLY, TERRITORY OF COLORADO
deposited therein

GENERAL LAWS, JOINT RESOLUTIONS, MEMORIALS, AND PRIVATE ACTS, PASSED AT THE
FIRST SESSION OF THE LEGISLATIVE ASSEMBLY, DENVER, COLORADO TERRITORY,
SEPTEMBER 9, 1861.

TITLE PAGE, PAGES 20, 21, 2 [SIC], AND 35.
TOTAL 5 PAGES.



_____
STATE ARCHIVIST OF COLORADO

OCTOBER 4, 1995
**DATE**

Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and Correct
copy of record in my office.
Date . . . . . . . . . . . Page . . . . .
Book . . . . . . . . . . . . . . . . . . . . .
County Clerk & Recorder
Wayne W. Williams
El Paso County, Colorado
By . . . . . . . . . . . . . . . . . . . Deputy





3RARY
COURT
AL DISTRICT

GENERAL LAWS, JOINT RESOLUTIONS, MEMORIALS,

AND PRIVATE ACTS,

PASSED AT THE FIRST SESSION

OF THE

# LEGISLATIVE ASSEMBLY

OF THE

## TERRITORY OF COLORADO,

BEGUN AND HELD AT

DENVER, COLORADO TER., SEPT. 9th, 1861.

TOGETHER WITH

THE DECLARATION OF INDEPENDENCE,

### THE CONSTITUTION OF THE UNITED STATES,

AND THE

## ORGANIC ACT OF THE TERRITORY.

PUBLISHED BY AUTHORITY.

DENVER:
THOS. GIBSON, COLORADO REPUBLICAN AND HERALD OFFICE.
1861.

BOOK 6744   PAGE 971

LAW LIBRARY
DISTRICT COURT
SECOND JUDICIAL DISTRICT

# AMENDMENTS TO THE CONSTITUTION.

## ARTICLE I.

*The free exercise of religion, freedom of speech, of the press, of the right to peaceably assemble and to petition government.* Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble and petition the government for a redress of grievances.

## ARTICLE II.

*Right to bear arms* A well regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be infringed.

## ARTICLE III.

*Of quartering soldiers in time of peace.* No soldier shall, in time of peace, be quartered in any house without the consent of the owner; nor in time of war, but in a manner to be prescribed by law.

## ARTICLE IV.

*No search warrant to issue except on oath.* The right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures, shall not be violated, and no warrant shall issue but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

## ARTICLE V.

*Capital and infamous crime—proceedings.* No person shall be held to answer for a capital or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service, in time of war or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled, in any criminal case, to be a witness against himself; nor be deprived of life, liberty or property, without due process of law; nor shall private property be taken for public use without just compensation.

## ARTICLE VI.

*Right of the accused in criminal cases.* In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district which have been committed, which d previously ascertained by law, a the nature and cause of the fronted with the witnesses aga pulsory process for obtaining w and to have the assistance of c

## ARTICLE V

In suits at common law, whe versy, shall exceed twenty dolla jury shall be preserved; and no shall be otherwise re-examined United States, than according to mon law.

## ARTICLE V

Excessive bail shall not be r fines imposed, nor cruel and un flicted.

## ARTICLE

The enumeration in the constit shall not be construed to deny or tained by the people.

## ARTICLE.

The powers not delegated to the constitution, nor prohibited are reserved to the States respect

## ARTICLE

The judicial power of the Un construed to extend to any suit i menced or prosecuted against on by citizens of another State, or of any foreign State

## ARTICLE

1. The electors shall meet in t and vote by ballot for President one of whom, at least, shall not same State as themselves; they ballots the person voted for as P tinct ballots the person voted f and they shall make distinct list for as President, and of all pers President, and of the number of lists they shall sign and certify, a

fury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation: to be confronted with the witnesses against him, to have compulsory process for obtaining witnesses in his favor; and to have the assistance of counsel for his defence.

### ARTICLE VII.

In suits at common law, where the value in controversy, shall exceed twenty dollars, the right of trial by jury shall be preserved; and no fact tried by a jury shall be otherwise re-examined in any court of the United States, than according to the rules of the common law.

*Trial by jury preserved.*

### ARTICLE VIII.

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

*Bail and fines.*

### ARTICLE IX.

The enumeration in the constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

*Construction of powers delegated.*

### ARTICLE X.

The powers not delegated to the United States by the constitution, nor prohibited by it to these States, are reserved to the States respectively, or to the people.

*Powers.*

### ARTICLE XI.

The judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by citizens of another State, or by citizens or subjects of any foreign State.

*Restraint of judicial power.*

### ARTICLE XII.

1. The electors shall meet in their respective States and vote by ballot for President and Vice President, one of whom, at least, shall not be an inhabitant of the same State as themselves; they shall name in their ballots the person voted for as President, and in distinct ballots the person voted for as Vice President; and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice President, and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to

*Mode of electing President and Vice President.*

---

*(left margin, fragmentary text)*

TITUTION.

ing an establish-
se exercise there-
t, or of the press;
to assemble and
of grievances.

essary to the secu-
eople to keep and

e, be quartered in
he owner; nor in
prescribed by law.

cure in their per-
ainst unreasonable
e violated, and no
ple cause, supported
larly describing the
ons or things to be

wer for a capital or
in a presentment or
t in cases arising in
militia, when in ac-
lic danger; nor shall
e offence to be twice
er shall be compelled,
ness against himself;
or property, without
ate property be taken
ensation.

I.
e accused shall enjoy
trial, by an impartial

010

2

AMENDMENTS TO THE CONSTITUTION.

the seat of government of the United States, directed to the President of the Senate; the President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates, and the votes shall then be counted; the person having the greatest number of votes for President, shall be the President, if such number be a majority of the whole number of electors appointed: and if no person have such majority, then from the persons having the highest numbers, not exceeding three, on the list of those voted for as President, the House of Representatives shall choose immediately, by ballot, the President. But in choosing the President, the votes shall be taken by States, the representation from each State having one vote; a quorum for this purpose shall consist of a member or members from two-thirds of the States, and a majority of all the States shall be necessary to a choice. And if the House of Representatives shall not choose a President whenever the right of choice shall devolve upon them, before the fourth day of March following, then the Vice President shall act as President, as in the case of the death or other constitutional disability of the President.

Of the Vice President.

2. The person having the greatest number of votes as Vice President, shall be Vice President, if such number be a majority of the whole number of electors appointed; and if no person have a majority, then from the two highest numbers in the list, the Senate shall choose the Vice President: a quorum for the purpose shall consist of two-thirds of the whole number of Senators, and a majority of the whole number shall be necessary to a choice.

3. But no person constitutionally ineligible to the office of President, shall be eligible to that of Vice President of the United States.

## ARTICLE XIII.

To what cases extended.

If any citizen of the United States shall accept, claim, receive or retain any title of nobility or honor, or shall, without the consent of Congress, accept and retain any present, pension, office or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them.

[NOTE.—The 11th article of the amendments to the Constitution was proposed at the second session of the third Congress; the 12th article, at the first session of the eighth Congress; and the 13th article, at the second session of the eleventh Congress.]

Case3:12-cv-04493-SI Document1 Filed08/27/12 Page19 of 28

lawful for the clerk
until the following
v two o'clock in the
awful for said clerk
f the ensuing week,
ces, and recognized
me; and in case of
*, actions, motions,
ontinued over until
all jurors, witnesses
nder the same obli-
on such adjourned
: day first appointed.
and be in force from

been made for the violation of the first section of this *Person willing not liable if obtained deceitfully.*
not, can establish by good and competent witnesses that
spirituous liquors or wine were obtained from him de-
ceitfully ...... who did not wear, at the time of
obtaining such ...... liquors, or wine, the uniform
or other ...... to distinguish him from a civilian,
and that he did not know such person to be a soldier,
such ...... as complained against shall not be liable
for the ...... enumerated in this act ..

...... This act shall take effect and be in force from
...... ,
...... September 28th, 1861. ......
...... .......

### AN ACT

#### Adopting the Common Law of England.

*Be it enacted by the Council and House of Representatives of Colorado Territory:*

SECTION 1. That the Common Law of England, so *English common law adopted.*
far as the same is applicable and of a general nature,
and all acts and statutes of the British Parliament,
made in aid of or to supply the defects of the Common
Law, prior to the fourth year of James the First, (except- *Exceptions.*
ing the second section of the sixth chapter of forty-third
Elizabeth, the eighth chapter of thirteenth Elizabeth,
and ninth chapter of thirty-seventh Henry Eighth,) and
which are of a general nature, and not local to that
Kingdom, shall be the rule of decision, and shall be
considered as of full force until repealed by legislative
authority.

SEC. 1. This act shall be in force from and after its
passage.

Approved, October 11th, 1861.

### AN ACT

#### To organize the Militia.

*Be it enacted by the Council and House of Representatives of Colorado Territory:*

SECTION 1. Every able bodied male citizen of Colo- *Who liable for service.*
rado between the ages of eighteen and forty-five years,
except those who are by this act exempt therefrom,
shall be subject and liable to perform military duty as
a soldier, to uphold the constitution and laws of the
United States and the Organic Act and laws of this
Territory, according to the terms and provisions of this
act. And every citizen above forty-five years of age

---

### Liquors to Soldiers.
#### use of Representatives

hall sell, exchange,
ious liquors or wine
tates serving within
uch supplies as may
United States army
partment, such per-
to district court of
urt of this Territory
risoned for a period
hall forfeit and pay
schools, a sum not
tion of such person
risoned for a period
and pay for the use
um not exceeding

een mustered into
off the uniform and
d designated from a
eceive, shall obtain 10 J
any other persons, it
ill, or any police of-
on complaint being
ed such person, and
uding officer of the
pply for his release,
om complaint has



Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0030

7161 7617 9283 5439 4663



| Notice | CP504 |
|---|---|
| Tax Year | 2009 |
| Notice date | September 3, 2012 |
| Social Security number | 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 |
| To contact us | Phone 1-800-829-8374 |
| Your Caller ID | 591131 |
| Page 1 of 4 | |

023250.104504.0123.003 2 AT 0.374 1142
|ılı|ılı|ıllı||ılı|ılı||ıllı·lı·ıllı|ılı|lı·lı|ıllı||ıllı|ırlıı

*542988493101*

TODD D WEISS
5056 KEVIN CT
CASTRO VALLEY CA 94546-2438564

023250

## Notice of intent to levy

# Intent to seize your property or rights to property
# Amount due immediately: $10,057.55

As we notified you before, our records show you
have unpaid taxes for the tax year ending
December 31, 2009 (Form CIVPEN). If you don't
call us immediately or pay the amount due by
September 13, 2012, we may seize ("levy") any
state tax refund to which you're entitled and apply
it to the $10,057.55 you owe.

If you still have an outstanding balance after we
seize any state tax refund, we may take possession
of your other property or your rights to property.

### Billing Summary

| | |
|---|---|
| Amount you owed | $10,011.49 |
| Interest charges | 46.06 |
| **Amount due immediately** | **$10,057.55** |

Continued on back…



TODD D WEISS
5056 KEVIN CT
CASTRO VALLEY CA 94546-2438564

| Notice | CP504 |
|---|---|
| Notice date | September 3, 2012 |
| Social Security number | 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 |

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2009), and the form number (CIVPEN) on your payment and any correspondence.

# Payment

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0025
||ıııı|ı|ı||||ııılıılı|ııı||ılıı|ı|ı·ıllllı|ılı|ı|ılı|ııpılıı||ıll

**Amount due immediately**

| $10,057.55 |
|---|

542988493 SZ WEIS 55 0 200912 670 00001005755

| Notice | CP504 |
| --- | --- |
| Tax Year | 2009 |
| Notice date | September 3, 2012 |
| Social Security number | 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 |
| Page 2 of 4 | |

| What you need to do immediately | **Pay immediately** |
| --- | --- |

- Send us the amount due of $10,057.55, or we may seize ("levy") your state tax refund on or after September 13, 2012.
- If you can't pay the amount due, pay as much as you can now and make payment arrangements that allow you to pay off the rest over time. Visit www.irs.gov and search for keyword: "tax payment options" for more information about:
  – Installment and payment agreements—download required forms or save time and money by applying online if you qualify
  – Automatic deduction from your bank account
  – Payroll deductions
  – Credit card payments
  Or, call us at 1-800-829-8374 to discuss your options.

**If you think there's been a mistake**

If you've already paid your balance in full or think we haven't credited a payment to your account, please call 1-800-829-8374, and have your payment information available to review with us. You can also contact us by mail. Fill out the Contact information section, detach, and send it to us with any correspondence or documentation including proof of payment.



| If we don't hear from you | |
| --- | --- |

- If you don't pay the amount due, we may seize ("levy") any state tax refund to which you're entitled on or after September 13, 2012. This is your notice of intent to levy as required by Internal Revenue Code section 6331(d).



**IRS**

TODD D WEISS
5056 KEVIN CT
CASTRO VALLEY CA 94546-2438564

| Notice | CP504 |
| --- | --- |
| Notice date | September 3, 2012 |
| Social Security number | 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 |

# Contact information

If your address has changed, please call 1-800-829-8374 or visit www.irs.gov.

☐ Please check here if you've included any correspondence.  Write your Social Security number (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), the tax year (2009), and the form number (CIVPEN) on any correspondence.

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0025

|  | ☐ a.m. | | ☐ a.m. |
| --- | --- | --- | --- |
|  | ☐ p.m. | | ☐ p.m. |
| Primary phone | Best time to call | Secondary phone | Best time to call |

| Notice | CP504 |
|---|---|
| Tax Year | 2009 |
| Notice date | September 3, 2012 |
| Social Security number | 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 |
| Page 3 of 4 | |

**If we don't hear from you—continued**

- If you still have an outstanding balance after we seize ("levy") your state tax refund, we may send you a notice giving you a right to a hearing before the IRS Office of Appeals, if you have not already received such a notice. We may then seize ("levy") or take possession of your other property or your rights to property. Property includes:
  – Wages, real estate commissions, and other income
  – Bank accounts
  – Business assets
  – Personal assets (including your car and home)
  – Social Security benefits
- If you don't pay the amount due or call us to make payment arrangements, we can file a Notice of Federal Tax Lien on your property at any time, if we haven't already done so.
- If the lien is in place, you may find it difficult to sell or borrow against your property. The tax lien would also appear on your credit report—which may harm your credit rating—and your creditors would also be publicly notified that the IRS has priority to seize your property.
- If you don't pay your tax debt, we have the right to seize ("levy") your property.

Continued on back…

| Notice | CP504 |
|---|---|
| Tax Year | 2009 |
| Notice date | September 3, 2012 |
| Social Security number | 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 |
| Page 4 of 4 | |

## Interest charges

We are required by law to charge interest on unpaid tax from the date the tax return was due to the date the tax is paid in full. The interest is charged as long as there is an unpaid amount due, including penalties, if applicable. (Internal Revenue Code section 6601)

| Description | Amount |
|---|---|
| **Total interest** | **$46.06** |

The table below shows the rates used to calculate the interest on your unpaid amount due. For a detailed calculation of your interest, call 1-800-829-8374.

| Period | Interest rate |
|---|---|
| Beginning April 1, 2009 | 4% |

## Additional information

- Visit www.irs.gov/cp504
- For tax forms, instructions, and publications, visit www.irs.gov or call 1-800-TAX-FORM (1-800-829-3676).
- Review the enclosed IRS Collection Process (Publication 594).
- Generally, we deal directly with taxpayers or their authorized representatives. Sometimes, however, it's necessary for us to speak with other people, such as employees, employers, banks, or neighbors to gather the information we need about a taxpayer's account. You have the right to request a list of individuals we've contacted in connection with your account at any time.
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.



Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0030

**IRS**

7161 7617 9283 5439 4540

| Notice | CP504 |
|---|---|
| Tax Year | 2009 |
| Notice date | September 3, 2012 |
| Social Security number | 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 |
| To contact us | Phone 1-800-829-0922 |
| Your Caller ID | 186587 |

Page 1 of 4

023238.104504.0122.003 2 AT 0.374 1142



023238

TIFFANY D WEISS
5056 KEVIN CT
CASTRO VALLEY CA 94546-2438564

*542066537101*

## Notice of intent to levy
# intent to seize your property or rights to property
# Amount due immediately: $10,057.55

As we notified you before, our records show you have unpaid taxes for the tax year ending December 31, 2009 (Form CIVPEN). If you don't call us immediately or pay the amount due by September 13, 2012, we may seize ("levy") any state tax refund to which you're entitled and apply it to the $10,057.55 you owe.

If you still have an outstanding balance after we seize any state tax refund, we may take possession of your other property or your rights to property.

**Billing Summary**

| | |
|---|---|
| Amount you owed | $10,011.49 |
| Interest charges | 46.06 |
| **Amount due immediately** | **$10,057.55** |

Continued on back...

---



**IRS**

TIFFANY D WEISS
5056 KEVIN CT
CASTRO VALLEY CA 94546-2438564

| Notice | CP504 |
|---|---|
| Notice date | September 3, 2012 |
| Social Security number | 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 |

## Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2009), and the form number (CIVPEN) on your payment and any correspondence.

INTERNAL REVENUE SERVICE
FRESNO, CA 93888-0025

**Amount due immediately**

**$10,057.55**

542066537 BR WEIS 55 0 200912 670 00001005755

| Notice | CP504 |
|---|---|
| Tax Year | 2009 |
| Notice date | September 3, 2012 |
| Social Security number | 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 |
| Page 2 of 4 | |

---

**What you need to do immediately**

**Pay immediately**

- Send us the amount due of $10,057.55, or we may seize ("levy") your state tax refund on or after September 13, 2012.
- If you can't pay the amount due, pay as much as you can now and make payment arrangements that allow you to pay off the rest over time. Visit www.irs.gov and search for keyword: "tax payment options" for more information about:
  - Installment and payment agreements—download required forms or save time and money by applying online if you qualify
  - Automatic deductions from your bank account
  - Payroll deductions
  - Credit card payments
- Or call us at 1-800-829-0922 to discuss your options.

**If you think there's been a mistake**

If you've already paid your balance in full or think we haven't credited a payment to your account, please call 1-800-829-0922, and have your payment information available to review with us. You can also contact us by mail. Fill out the Contact information section, detach, and send it to us with any correspondence or documentation including proof of payment.

**If we don't hear from you**

- If you don't pay the amount due, we may seize ("levy") any state tax refund to which you're entitled on or after September 13, 2012. This is your notice of intent to levy as required by Internal Revenue Code section 6331(d).

---



IRS

**Contact information**

INTERNAL REVENUE SERVICE
FRESNO, CA 93888-0025

TIFFANY D WEISS
5056 KEVIN CT
CASTRO VALLEY CA 94546-2438564

| Notice | CP504 |
|---|---|
| Notice date | September 3, 2012 |
| Social Security number | 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 |

If your address has changed, please call 1-800-829-0922 or visit www.irs.gov.

☐ Please check here if you've included any correspondence. Write your Social Security number (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), the tax year (2009), and the form number (CIVPEN) on any correspondence.

|  | ☐ a.m. | | | ☐ a.m. |
|---|---|---|---|---|
|  | ☐ p.m. | | | ☐ p.m. |
| Primary phone | Best time to call | Secondary phone | Best time to call | |



| Notice | CP504 |
|---|---|
| Tax Year | 2009 |
| Notice date | September 3, 2012 |
| Social Security number | 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 |
| Page 3 of 4 | |

23238

**If we don't hear from you—continued**

- If you still have an outstanding balance after we seize ("levy") your state tax refund, we may send you a notice giving you a right to a hearing before the IRS Office of Appeals, if you have not already received such a notice. We may then seize ("levy") or take possession of your other property or your rights to property. Property includes:
  - Wages, real estate commissions, and other income
  - Bank accounts
  - Business assets
  - Personal assets (including your car and home)
  - Social Security benefits
- If you don't pay the amount due or call us to make payment arrangements, we can file a Notice of Federal Tax Lien on your property at any time, if we haven't already done so.
- If the lien is in place, you may find it difficult to sell or borrow against your property. The tax lien would also appear on your credit report—which may harm your credit rating—and your creditors would also be publicly notified that the IRS has priority to seize your property.
- If you don't pay your tax debt, we have the right to seize ("levy") your property.

Continued on back...

| Notice | CP504 |
|---|---|
| Tax Year | 2009 |
| Notice date | September 3, 2012 |
| Social Security number | 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 |

**Page 4 of 4**

| | |
|---|---|
| **Interest charges** | We are required by law to charge interest on unpaid tax from the date the tax return was due to the date the tax is paid in full. The interest is charged as long as there is an unpaid amount due, including penalties, if applicable. (Internal Revenue Code section 6601) |

| Description | Amount |
|---|---|
| **Total interest** | **$46.06** |

The table below shows the rates used to calculate the interest on your unpaid amount due.  For a detailed calculation of your interest, call 1-800-829-0922.

| Period | Interest rate |
|---|---|
| Beginning April 1, 2 | 4% |

| | |
|---|---|
| **Additional information** | • Visit www.irs.gov/cp504 |
| | • For tax forms, instructions, and publications, visit www.irs.gov or call 1-800-TAX-FORM (1-800-829-3676). |
| | • Review the proposed IRS Collection Process (Publication 594). |
| | • Generally, we deal directly with taxpayers or their authorized representatives. Sometimes, however, it's necessary for us to speak with other people, such as employees, employers, banks, or neighbors to gather the information we need about a taxpayer's account. You have the right to request a list of individuals we've contacted in connection with your account at any time. |
| | • Keep this notice for your records. |
| | If you need assistance, please don't hesitate to contact us. |

AFFIDAVIT

# CHASE ⬡          WITHDRAWAL

R/T 500001017

Today's Date  8/27/12      Customer Name (Please Print)  Todd Donald

If Purchasing a Cashier's Check Provide Payee Name

N13061-CH (Rev. 02/10)   13210872   04:12

REDEEMED IN LAWFUL MONEY          Customer Signature  X  Todd Donald
PERSUANT TO TITLE 12 U.S.C. § 411

▼ Start your account number here          AMOUNT

9 74608287          TOTAL $          350. —

⑉ 040 28 1 700 7⑉  ⑆ 50000 10 1 7⑆

| Denomination | Serial Number |
|---|---|
| $ 100 | DF 08326949 A |
| $ 100 | HA 08567327B |
| $ 100 | HE 67373564C |
| $ 50 | JG 13721712 A |

I _Todd Donald_ , do hereby state and affirm that on August 26, 2012, I received the aforementioned redeemed lawful money by demand pursuant to 12 U.S.C. §411 which was used to pay the filing fee for the U.S. District Court, Northern District of California.

By: _Todd Donald_

**Todd Donald Weiss**

**State of California,**
**County of Alameda**

Todd Donald Weiss

Subscribed and sworn before me this 27ᵗʰ day of August, 2012, by the affiant who proved to me on the basis of satisfactory evidence to be the person who appeared before me.

MELINDA MICHELE YOUNG
COMM. # 1927865
NOTARY PUBLIC • CALIFORNIA
ALAMEDA COUNTY
My Comm Expires Mar. 07, 2015

**Notary Public California, Alameda County**