

Todd Donald
5056 Kevin Court
Castro Valley, California.
[94546-2438]

**FILED**

SEP - 4 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court
for the Northern District of California
1301 Clay Street, Suite 400South,
Oakland, California [94612]

Registered mail # RA096 334 881 US

12-4493 SI

Dear clerk;

    Please file this refusal for cause in the case jacket of Article III case #12-cv-04493-SI. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

### Certificate of Mailing

    My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

Todd Donald

Registered mail # RA096334 895 US

Timothy Franz GEITHNER
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia.
[20220]