# Monumental Process Servers, Inc.

823 M. L. K. Blvd
Baltimore, Maryland 21201
(410) 523-4980

FILED
OCT 2 4 2012
RICHARD W. WIE
CLERK U.S. DISTRICT C
NORTHERN DISTRICT OF CA

September 07, 2012
Trial Date:

To  **Todd Donald**
5056 Kevin Court

Castro Valley, CA 94546

Federal ID: 52-1191452

Invoice #: **MPS120906094**
**Payment Due Upon Receipt**

Client No:

Court Case No: C12-4493

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD DONALD
vs.
TIMOTHY FRANZ GEITHNER

**Preston Dyson, Mail Clerk, who acknowledged that he is authorized to accept on behalf of TIMOTHY FRANZ GEITHNER**

at: 1500 Pennsylvania Ave NW
Washington, DC 20220

**9/10/2012 11:29 AM**

| | |
|---|---|
| SERVICE OF PROCESS | $80.00 |
| PAYMENT 9/7/2012 | ($80.00) |

**Please Pay Total : $0.00**
Please note there is an interest charge of 1.5% on balances over 30 days

STATE CENTER

823 NORTH MARTIN LUTHER KING, JR., BLVD
BALTIMORE, MD 21201.

**YOUR REFERRAL IS OUR BEST COMPLIMENT**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

Todd Donald )
     *Plaintiff* )
v. ) Civil Action No. C12-4493
Timothy Franz GEITHNER )
     *Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Timothy Franz GEITHNER; 1500 Punsylvania Ave. N.W.;
City of Washington, District of Columbia [20220]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Todd Donald
5056 Kevin ct
Castro Valley, California [94546-2438]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8/27/12

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TIMOTHY FRANZ GEITHNER
was received by me on *(date)* 09/06/2012.

☒ I personally served the summons on the individual at *(place)* 1500 Pennsylvania Ave NW Washington DC 20220 on *(date)* 09/10/2012 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Preston Dyson, Mail Clerk, who is designated by law to accept service of process on behalf of *(name of organization)* the office of TIMOTHY FRANZ GEITHNER on *(date)* 09/10/2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 80.00 for services, for a total of $ 8 0.00

I declare under penalty of perjury that this information is true.

Date: 09/12/2012

*Server's signature*

MAURICE LIGGINS
Process Server
*Printed name and title*

MONUMENTAL PROCESS SERVERS, INC.
823 M.L.K. JR. BLVD.
BALTIMORE, MD 21201
(410) 523-4980
*Server's address*

Additional information regarding attempted service, etc:

The Summons was served along with Libel of Review, Order Setting Initial Case Management Conference and ADR Deadlines, and Case Management Conference Order.



10/22/12

Todd Donald
c/o 5056 Kevin Court
Castro Valley, California.
[94546-2438]

United States District Court
for the Northern District of California
450 Golden Gate Avenue, Room 16-1111
San Francisco, California [94102]

Registered mail # RA096334918US

Dear clerk;

Please file this proof of service in the case jacket of Article III case #3:12-cv-4493-SI.

Todd Donald