In the United States District Court
for the Northern District of California

| | | |
|---|---|---|
| Todd Donald | ) | |
| | ) | **DEFAULT** |
| v. | ) | **JUDGEMENT** |
| | ) | |
| Timothy Franz GEITHNER | ) | RE: CASE # 3:12-cv-4493-SI |

Timothy Franz GEITHNER[1], hereinafter "Defendant", has failed to assert timely any claim, or answer, or defense upon Todd Donald by providing the certificate of search in the district court to be faulty or fraudulent within the time period stipulated on the summons properly formed and served;

> *Within 21 days after service of this summons on you – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)—you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Todd Donald c/o 5056 Kevin Ct, Castro Valley, California [94546-2438]. If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.*

Timothy Franz GEITHNER identified in the counterclaim acting as "City METRO officer- United States Secretary of the Treasury" *city* of Washington, *District* of Columbia is also agent of a foreign principal. As such, only 21 days were required, but Todd Donald, hereinafter "Plaintiff", in good faith, allowed for over three times that allotted time for him to respond. Upon receiving no response from the Defendant, the Plaintiff, relies upon silence meaning consent.

This instant matter concerns the nature of money issue within the United States. The following quotes are published information found at the website of the U.S. Department of the Treasury:

---

[1] Defendant Timothy Franz GEITHNER is also the Governor of the IMF (Reference Senate Report 94-1148, Public Law 94-564 pg 5). Therefore Plaintiff waited 60 days for the Defendant to serve an answer to the complaint.

**"What are Federal Reserve notes and how are they different from United States notes?"**

*"Federal Reserve notes are legal tender currency notes. **The twelve Federal Reserve Banks issue them into circulation** pursuant to the Federal Reserve Act of 1913". [Emphasis added]* And,

**"What are United States notes and how are they different from Federal Reserve notes?"**

*"United States Notes (characterized by a red seal and serial number) were the first national currency, authorized by the Legal Tender Act of 1862 and began circulating during the Civil War. **The Treasury Department issued these notes directly into circulation,** and they are obligations of the United States Government. The issuance of United States Notes is subject to limitations established by Congress. It established **a statutory limitation of $300 million** on the amount of United States Notes authorized to be outstanding and in circulation. **Both United States Notes and Federal Reserve Notes are parts of our national currency and both are legal tender.** They circulate as money in the same way. However, the issuing authority for them comes from different statues. United States Notes were redeemable in gold until 1933, when the United States abandoned the gold standard. Since then, both currencies have served essentially the same purpose, and have had the same value. Because United States Notes serve no function that is not already adequately served by Federal Reserve Notes, their issuance was discontinued, and none have been placed into circulation since January 21, 1971." [Emphasis added]*

The Federal Reserve Note appears to have a dual capacity with each Note bearing two seals and two signatures. Furthermore it appears that every Note, save the $1 Note, has a bounded survey and is marked as Federal Reserve System.

The presumption that Todd Donald is engaged in Federal Reserve banking practices, and naked endorsement, and involved with private credit thereof is erroneous; and, based upon endorsements of private credit from the Federal Reserve that have never been made in good faith. The subjection to Special Drawing Rights (Paper Gold) is one thing, but presuming endorsement of fractional lending practiced outside the scope of lawful money is unlawful and such presumption is defeated and revoked by law herein, *nunc pro tunc, ab initio.* See Title 12 U.S.C §411; Todd Donald is and always would have exercised the right to handle lawful money had the option ever been presented in good faith. Clearly there exists a choice, and as such Todd Donald DEMANDS LAWFUL MONEY in agreement with Title 12 U.S.C. §411 and ; the cash-filing fee to open this instant case was fully paid in public money and not in private credit ( public money being United States notes in the form of

Federal Reserve notes). The funds were redeemed lawful money according to the US Supreme Court's interpretation of the Congress' definition from:

> **US v Rickman; 638 F.2d 182:** *In the exercise of that power Congress has declared that the Federal Reserve Notes are legal tender and **are redeemable in lawful money.***

> **US v Ware; 608 F.2d 400:** ***United States notes shall be lawful money,** and a legal tender in payment of all debts, public and private, within the United States, except for duties on imports and interest on the public debt.*

While it is true that Federal Reserve Notes and United States Notes are legal tender and lawful to use in the United States, it is also true that Congress has maintained that United States Notes are Lawful Money and that Federal Reserve Notes are not, but can be redeemed in lawful money on demand according to Title 12 U.S.C §411 which states:

> "***Federal reserve notes,*** *to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal Reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal Reserve banks and for all taxes, customs, and other public dues. **They shall be redeemed in lawful money on demand** at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at **any Federal Reserve bank**.*"
> *[Emphasis added]*

I, Todd Donald desire to live in peace and absent trespass on any other person's or agency's rights or interests.

### It is therefore Ordered, Adjudged, and Decreed:

That the injunctive relief sought against further trespass and usurpation of heritage in the counterclaim is awarded to Todd Donald. Defendant and all principals and agents are hereby properly notified. Defendant is by law to forfeit seizure upon any and all of Todd Donald's property and or persons. If Defendant fails to do so, a certificate of exigent circumstances will issue calling for Defendant's arrest in the cognizance of the State Department and Speaker of the House.

*Todd Donald*
c/o 5056 Kevin ct,
Castro Valley, California [94546]

I hereby certify that a true copy of the foregoing Default Judgment is, by my hand, delivered to the following persons via posting by registered mail this same day:

Timothy Franz GEITHNER          Registered mail # RA096334935 US
1500 Pennsylvania Ave N.W.
City of Washington, District of Columbia
[20220]

Demand is made for Lawful Money per 12 U.S.C. §411

_____          11/14/12
Todd Donald                      Date