IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD DONALD,　　　　　　　　　　　　　　　　No. C 12-04493SI

　　　　Plaintiff,　　　　　　　　　　　　　　**CLERK'S NOTICE**

　v.

TIMOTHY FRANZ GEITHNER,

　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference previously scheduled to occur on Friday, November 30, 2012, is continued to Friday, January 11, 2013, at 2:30 p.m. pending the motion for entry of default.

Please report to Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: November 19, 2012　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　_Tracy Kasamoto_
　　　　　　　　　　　　　　　　　　　　　　　　　　Tracy Kasamoto
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk