**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 20, 2012

RE:  CV 12-04493 SI        TODD DONALD-v- TIMOTHY FRANZ GEITHNER

Default is declined as to defendant Timothy Franz Feithner on November 20, 2012.


                              RICHARD W. WIEKING, Clerk
                                /s/

                              by:  Yumiko Saito
                              Case Systems Administrator