OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

**FILED**
DEC 19 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**
DEC 19 2012

Todd Donald Weiss
3056 Kevin Ct.
Castro Valley, CA 94546

*Return to Sender*
*Not Residing There*

NIXIE    957    DE 1    00    17/11/12
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 94102348999    *0140-03629-21-42

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004285235
$ 00.45⁰
NOV 21 2012
MAILED FROM ZIP CODE 94102



Arrived at 505L Kevin ct
Unsealed + taped Returned
unopened + Unread

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 20, 2012

RE: CV 12-04493 SI    TODD DONALD-v- TIMOTHY FRANZ GEITHNER

Default is declined as to defendant Timothy Franz Feithner on November 20, 2012.

RICHARD W. WIEKING, Clerk
/s/

by: Yumiko Saito
Case Systems Administrator