IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD DONALD WEISS,<br><br>    Plaintiff,<br><br>  v.<br><br>TIMOTHY FRANZ GEITHNER,<br><br>    Defendant.                      / | No. C 12-04493 SI<br><br>**ORDER DISMISSING FOR FAILURE TO PROSECUTE** |

    Plaintiff failed to file either an opposition or a request for an extension of time to the United States of America's motion to dismiss. Therefore, on December 20, 2012, the Court ordered plaintiff to show cause why this case should not be dismissed without prejudice for failure to prosecute by January 4, 2013.

    Plaintiff did not ever respond to the order to show cause, in writing or otherwise, and has made no effort to show cause why this case should not be dismissed for failure to prosecute. Accordingly, the case is DISMISSED without prejudice for failure to prosecute. Ths Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 8, 2013

                                        SUSAN ILLSTON
                                        United States District Judge