**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD DONALD WEISS,

    Plaintiff,

v.

TIMOTHY FRANZ GEITHNER,

    Defendant.

No. C 12-04493 SI

**JUDGMENT**

This action is dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED..**

Dated: January 8, 2013

SUSAN ILLSTON
United States District Judge