IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD DONALD WEISS,<br><br>    Plaintiff,<br><br>  v.<br><br>TIMOTHY FRANZ GEITHNER,<br><br>    Defendant.<br>_____/ | No. C 12-04493 SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED..**

Dated: January 8, 2013

　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge